# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTORIA JI,** | Case No.: CV21-08718 PA (PDx) |
| Plaintiff, | ORDER |
| v. | HON. PERCY ANDERSON |
| **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | |
| Defendant(s). | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 23, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE